FILED
CLERK, U.S. DISTRICT COURT

AUG - 7 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE BUENO,            ) | NO. CV 07-7610-CT |
|                       ) | |
|      Plaintiff,       ) | |
|                       ) | JUDGMENT |
|   v.                  ) | |
|                       ) | |
| MICHAEL J. ASTRUE, Commissioner of ) | |
| Social Security,      ) | |
|                       ) | |
|      Defendant.       ) | |
|                       ) | |

In accordance with the Order filed concurrently, IT IS HEREBY ADJUDGED THAT the action be DISMISSED.

DATED: Aug. 7, 2008

_____
CAROLYN TURCHIN
UNITED STATES MAGISTRATE JUDGE